# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

TREMAYNE HUBBARD,
*Defendant-Appellant.*

No. 99-4835

Appeal from the United States District Court
for the Southern District of West Virginia, at Beckley.
David A. Faber, District Judge.
(CR-99-28)

Submitted: February 16, 2001

Decided: March 12, 2001

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

## COUNSEL

Stanley I. Selden, SELDEN LAW OFFICES, Beckley, West Virginia, for Appellant. Rebecca A. Betts, United States Attorney, John L. File, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Tremayne Hubbard appeals from a thirty-month sentence imposed following his guilty plea to being an inmate in possession of an object that was designed and intended to be a weapon, 18 U.S.C. § 1791(a)(2) (1994). He claims that the district court clearly erred when it increased his offense level for obstruction of justice, *U.S. Sentencing Guidelines Manual* § 3C1.1 (1998), and when it refused to grant him a reduction in his offense level for his acceptance of responsibility, USSG § 3E1.1.

We have reviewed the record and find that there was sufficient evidence upon which a reasonable factfinder could determine that Hubbard obstructed justice. USSG § 3C1.1. We further find that Hubbard did not produce any evidence to prove that his guilty plea and testimony at the sentencing hearing constituted extraordinary circumstances such that the court should have granted a downward departure for his acceptance of responsibility. USSG § 3C1.1, comment. (n.4); *see United States v. Harris*, 882 F.2d 902, 905-06 (4th Cir. 1989). We therefore decline to disturb the district court's refusal to award Hubbard a decrease in his offense level.

We affirm Hubbard's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*